

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:19-MJ-1074

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | CRIMINAL INFORMATION |
| JENNIFER R. WILSON ) | |
| ) | |

Defendant:

The United States Attorney charges:

## COUNT ONE

THAT on or about April 30, 2018, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, JENNIFER R. WILSON, did willfully and knowingly embezzle, steal, purloin, and convert to her use money and property belonging to the United States Government having a value less than $1,000.00, to wit; several over the counter medications, various hygiene products, and food items, of a value less than $1,000.00, in violation of Title 18, United States Code, Section 641.

ROBERT J. HIGDON, JR.
UNITED STATES ATTORNEY

BY: _____
ANDREW T. TAMER
Special Assistant United States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 908-6086