IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-MJ-1074-KS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JENNIFER R. WILSON | ) | |
| | ) | |
| Defendant. | ) | |

Where defendant failed to respond to the notice of a mandatory appearance in the United States District Court for the Eastern District of North Carolina at Fayetteville;

IT IS HEREBY ORDERED that defendant shall appear before this court at **8:00 a.m.** on **March 20th 2019**, at the **United States Courthouse, 301 Green Street, Fayetteville, North Carolina**, and show cause, if any, why defendant should not be held in contempt of court for failing to appear for a scheduled hearing on February 20, 2019. Failure to do so may result in imprisonment, a fine, or both.

The United States Marshal for the Eastern District of North Carolina shall serve a certified copy of this order upon said defendant and report his service thereof to the court.

SO ORDERED, this the 20th day of February 2019.

_Kimberly A. Swank_
KIMBERLY A. SWANK
United States Magistrate Judge