U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 5:19-MJ-1074 |
| DEFENDANT | TYPE OF PROCESS |
| JENNIFER R. WILSON | ORDER TO SHOW CAUSE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JENNIFER R. WILSON
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

CLERK'S OFFICE
310 NEW BERN AVENUE
RALEIGH, NC 27601

RECEIVED FEB 21 2019 U.S. Marshals Service, EDNC

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

DEFENDANT'S COURT DATE IS 3/20/2019 AT 8:00AM AT THE U.S. DISTRICT COURT - 301 GREEN STREET, FAYETTEVILLE, NC.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 919-645-1739
DATE: 2/20/19

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 56 | No. 56 | | 2/21/19 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date: 3/11/19  Time: 1:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.40 | 10 mi/6 | | | $0.00 | $70.54 |

REMARKS: to Ral 2/21 JENNIFER WILSON no longer lives @ address
Charles Walls/Billy has not seen her 3-4 months

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
FILED MAR 11 2019
Form USM-285 Rev. 11/13

Case 5:19-mj-01074-KS  Document 5  Filed 03/11/19  PETER A. MOORE, JR., CLERK US DISTRICT COURT, EDNC BY ___ DEP CLK